Entered on Docket
March 07, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

MAR 7  2006

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 584-00941-M |
|---|---|
| | Chapter 11 |
| Pizza Time Theatre, Inc., a California corproation, | |
| Debtor(s). | |
| Pizza Time Theatre, Inc., a California corporation, | Adversary No. 84-0430 |
| Plaintiff(s). | |
| vs. | |
| Atari Games, Inc., | |
| Defendant(s). | |

**ORDER VACATING PROTECTIVE ORDER
AND FOR WITHDRAWAL OR DISPOSAL OF EXHIBITS OR DOCUMENTS**

No appeal or further proceedings are pending in the above-entitled case..

IT IS HEREBY ORDERED that unless an objection is filed with the undersigned within sixty days from the date hereof, the protective order under Bankruptcy Rule 9018 previously entered for any and all documents which were placed under a seal by a court order in the above-entitled matter, will be vacated. If an objection is filed within the sixty-day period and you wish to schedule

1

a hearing, do so by using the Court's open calendar procedure posted on the Court's website at www.canb.uscourts.gov.

IT IS FURTHER ORDERED that if no objection is received within sixty days from the party or entity requesting the protective order, and unless an order is obtained which directs that exhibits or documents are to be retained under protective custody, the clerk will remove the exhibits or documents from the protective custody within the court. At the expiration of the 60 days notice and no objection having been filed, the clerk is authorized to remove the seal and place the exhibits or documents subject to the protective order with the appropriate case file or adversary file.

IT IS FURTHER ORDERED that all parties who submitted exhibits may contact Michelle Barte at (408) 535-5401 to arrange for the withdrawal of exhibits if the protective order has been vacated. Notice shall be given by the withdrawing party as required by Civil Local Rule 79-4. If no objection is received, the Clerk will release the exhibits or documents to the requesting party at the expiration of 10 days notice as required by Civil Local Rule 79-4.

IT IS HEREBY FURTHER ORDERED that, pursuant to Civil Local Rule 79-4, the Clerk may dispose of all exhibits and transcripts which are not withdrawn within 20 days after the date of this order.

DATED: ___3-7-06___

_____
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### COURT SERVICE LIST

M. Laurence Popofsky
Peter A Walk
Eric R Havian
Charles F Robinson
Heller, Ehrman, White & McAuliffe
44 Montgomery St
San Francisco, CA 94104


Bruce G. Vanyo
Robert P Feldman
Daniel J Bergeson
Wilson, Sonsini, Goodrich & Rosati
A Professional Corp
2 Palo Alto Square, #900
Palo Alto, CA 94306


Pizza Time Theatre
1213 Innsbruck Drive
Sunnyvale, CA 94089-1317


Issac M. Pachulski
Law Offices of Issac M. Pachulski
3701 Wilshire Blvd.
Los Angeles, CA 90010-2804